# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICKY N. BASER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 12-cv-315-GKF-TLW |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

This Court has granted defendant's Motion To Dismiss. (Doc. #5). It is ordered that plaintiff Ricky N. Baser recover nothing and the action be dismissed.

DATED this 6th day of March, 2013.

_____
GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT