## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICKY N. BASER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 12-CV-00315-GKF-TLW |
| | ) |
| STATE FARM MUTUAL AUTOMOBILE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S NOTICE OF APPEAL TO CIRCUIT COURT

COMES NOW, Plaintiff Ricky N. Baser, and hereby gives notice that Plaintiff in the above-captioned action hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order entered by the United States District Court for the Northern District of Oklahoma on March 7, 2013.

Respectfully submitted,

**SNEED LANG PC**

/s/ Richard E. Warzynski
Richard E. Warzynski, OBA #14079
1700 Williams Center Tower I
One West Third Street
Tulsa, OK 74103-3522
Telephone:   (918) 588-1313
Facsimile:   (918) 588-1314

/s/Thomas A. Layon, Jr.
The Layon Law Firm
5508 South Lewis Ave., 2nd Floor
Tulsa, OK 74105
Telephone:   (918) 583-5538
Facsimile:   (918) 585-3101

*Attorneys for Plaintiff Ricky N. Baser*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

John Scott Gladd, Esq.
Atkinson Haskins Nellis Brittingham
 Gladd & Carwile
525 S. Main, Suite 1500
Tulsa, Oklahoma  74103-4524

/s/ Richard E. Warzynski